**EXHIBIT 3**

# EXHIBIT 3

**French, Diane**

From: Bob Gilham [bgilham@macrovision.com]
Sent: Tuesday, September 05, 2006 5:35 PM
To: Silverio John-MGIA3701
Cc: Ken Jacobus
Subject: RE: Motorola Rev Sharing Check Info

John,

The agreement you are looking for is essentially the system operator agreement between GI and Macrovision titled "Licensing Agreement" with an effective date of June 4th, 1991.

Sections 4.1b and 4.1c speak to the $25K payment. These terms are on pg 3 of the agreement.

I understand that GI split Next Level off. I also understand via a press release dates Jan 7th, 1997 called "General Instruments Announces Strategic Restructuring Plan" and a May 28th, 1997 letter from Keith Zar, Assistant General Counsel at GI, that Next Level "will assume all of the obligations and liabilities of General Instruments and its subsidiaries under the Agreement prior to or at the closing of the Spin-Off Transaction."

If I understand correctly, you're saying that today Next Level is a wholly owned subsidiary of Motorola. With this information, are you saying that Next Level is responsible for the $25K payment? Or as the parent company, is MOT responsible?

If I need to engage Next Level, who should I contact.

Please advise.

Bob


-----Original Message-----
From: Silverio John-MGIA3701 [mailto:jsilverio@motorola.com]
Sent: Tuesday, September 05, 2006 1:57 PM
To: Bob Gilham
Subject: RE: Motorola Rev Sharing Check Info

Bob,

1

These boxes appear to have been sold by our Next Level affiliate. As you might now, Next Level is a wholly owned subsidiary of Motorola. It may have its own Macrovision license, for which the Horsham based law department is not the caretaker. Moreover, ere appear to be a number of licenses that GI/Motorola have with Macrovision. I'm trying to isolate the license relevant to the sales to MTS. You would provide a short cut to my running around if you could identify and provide the agreement you think controls.

-John

-----Original Message-----
From: Bob Gilham [mailto:bgilham@macrovision.com]
Sent: Tuesday, September 05, 2006 2:12 PM
To: Silverio John-MGIA3701
Subject: RE: Motorola Rev Sharing Check Info

Hi John,

I hadn't heard back from you on this issue. Our quarter ends this month and all expectations on this side are that the check will be received before that time. Are we on track? Please let me know.

ob

-----Original Message-----
From: Bob Gilham
Sent: Thursday, August 31, 2006 12:15 PM
To: 'Silverio John-MGIA3701'
Subject: RE: Motorola Rev Sharing Check Info

John,

Just confirming we are on track for the MTS Payment. Will there be any problems getting the check delivered by the middle of the month?

Bob

-----Original Message-----
From: Silverio John-MGIA3701 [mailto:jsilverio@motorola.com]
Sent: Thursday, August 24, 2006 9:47 AM
To: Bob Gilham
Subject: RE: Motorola Rev Sharing Check Info

Wil do.

2

-----Original Message-----
From: "Bob Gilham" <bgilham@macrovision.com>
To: "Silverio John-MGIA3701" <jsilverio@motorola.com>
Sent: 8/24/2006 12:32 PM
Subject: RE: Motorola Rev Sharing Check Info

John,

Thank you for the clarification. I was unaware the issue of whether MTS Allstream was a MOT customer or not was still up in the air.

When it's confirmed with Tina Hampton or whomever the appropriate person might be, I'd appreciate any help you could provide getting the attached invoice paid.

Thank you.

Bob

-----Original Message-----
From: Silverio John-MGIA3701 [mailto:jsilverio@motorola.com]
Sent: Thursday, August 24, 2006 8:32 AM
To: Bob Gilham
Subject: RE: Motorola Rev Sharing Check Info

I confirm that i will understand whether there is a need to pay. I can't speak for how soon the finance people can cut the check if there is a need.

-----Original Message-----
From: "Bob Gilham" <bgilham@macrovision.com>
To: "Silverio John-MGIA3701" <jsilverio@motorola.com>
Sent: 8/23/2006 3:36 PM
Subject: RE: Motorola Rev Sharing Check Info

John,

I just wanted to confirm that the check will be processed and out to Macrovision by next week.

ob

3

---

From: Silverio John-MGIA3701 [mailto:jsilverio@motorola.com]
Sent: Thursday, August 17, 2006 11:54 AM
To: Bob Gilham
Subject: RE: Motorola Rev Sharing Check Info

OK, but I don't think it will.

---

From: Bob Gilham [mailto:bgilham@macrovision.com]
Sent: Thursday, August 17, 2006 2:52 PM
To: Silverio John-MGIA3701
Subject: RE: Motorola Rev Sharing Check Info

Thanks John.

Please let me know if this is something that might carry over into Sept.

Bob

---

From: Silverio John-MGIA3701 [mailto:jsilverio@motorola.com]
Sent: Thursday, August 17, 2006 11:48 AM
To: Bob Gilham
Subject: RE: Motorola Rev Sharing Check Info

Bob,

4

Thanks.

Just wanted to let you know I'm investigating internally and will reply as soon as I can.

-John

---

From: Bob Gilham [mailto:bgilham@macrovision.com]
Sent: Monday, August 14, 2006 1:20 PM
To: Silverio John-MGIA3701
Cc: Lessig Steven-MGI1050
Subject: RE: Motorola Rev Sharing Check Info

John,

Perhaps this information will help you. MTS Allstream is a customer of Motorola's IP STB division. The Set-top box MTS purchased is the RG2200V. This can be verified by Tina Hampton who can be reached at thampton@motorola.com <mailto:thampton@motorola.com> .

Once verified please confirm the check is being processed and will be delivered within the next few weeks.

Let me know if I can offer further information.

Bob

From: Silverio John-MGIA3701 [mailto:jsilverio@motorola.com]
ent: Saturday, August 12, 2006 7:09 AM
To: Bob Gilham
Cc: Lessig Steven-MGI1050
Subject: RE: Motorola Rev Sharing Check Info

Bob,

We'll need to talk. Information I have is that MTS-AllStream is not a Motorola customer. Do you have another name for them?

-John

From: Bob Gilham [mailto:bgilham@macrovision.com]
Sent: Friday, August 11, 2006 7:36 PM
To: Silverio John-MGIA3701
Cc: Lessig Steven-MGI1050
Subject: RE: Motorola Rev Sharing Check Info

John,

If you could, when should I tell my accounting department to look for the $25,000 from the MTS -AllStream agreement?

Bob

6

From: Silverio John-MGIA3701 [mailto:jsilverio@motorola.com]
Sent: Thursday, July 20, 2006 10:47 AM
To: Bob Gilham
Cc: Lessig Steven-MGI1050
Subject: RE: Motorola Rev Sharing Check Info

Thanks Bob.

Please send it to Steve Lessig.

Connected Home Solutions

Motorola, Inc.

101 Tournament Drive

Horsham PA 19044

---

From: Bob Gilham [mailto:bgilham@macrovision.com]
Sent: Thursday, July 20, 2006 12:57 PM
To: Silverio John-MGIA3701
Subject: Motorola Rev Sharing Check Info

John,

We've been working with our AP to get Motorola its revenue sharing check. Payments to date owed to Motorola are about $400. Where and to whose attention should we send the check?

Bob

Robert Gilham

Macrovision

Account Manager - North America

Hardware Licensing Group

408-562-8587