**EXHIBIT 4**

# EXHIBIT 4

Case 3:07-cv-04617-SI    Document 1-5    Filed 09/06/2007    Page 2 of 4

## French, Diane

**From:** Silverio John-MGIA3701
**.t:** Monday, December 18, 2006 8:54 AM
**To:** 'Bob Gilham'
**Cc:** Ken Jacobus
**Subject:** RE: Royalties

I've identified someone but we haven't connected yet.

---

**From:** Bob Gilham [mailto:bgilham@macrovision.com]
**Sent:** Friday, December 15, 2006 2:34 PM
**To:** Silverio John-MGIA3701
**Cc:** Ken Jacobus
**Subject:** RE: Royalties

Hi John,

Any update on the patent research? Were you able to connect with MOT tech/guru to help lend insight?

Bob

---

**From:** Silverio John-MGIA3701 [mailto:jsilverio@motorola.com]
**Sent:** Wednesday, October 04, 2006 11:54 AM
**To:** Bob Gilham
**ct:** RE: Royalties

Bob,

Wednesday or Thursday next week look good.

Given the expiration of all of the relevant U.S. patents, it would be helpful if you could identify what the proposed new license would include.

-John

---

**From:** Bob Gilham [mailto:bgilham@macrovision.com]
**Sent:** Wednesday, October 04, 2006 2:15 PM
**To:** Silverio John-MGIA3701
**Subject:** RE: Royalties

John,

Thank you for your response. I'll have to check a few things on the specifics of the patents detailed below, but I believe some of patents have indeed expired and others have been renewed.

I think the reality of the situation is that we are working on licenses agreements that are 15 and 8 years old. Both companies have been holding onto these outdated contracts for too long and its time to put a more relevant agreement in place to avoid the legal and business confusion we are experience now. In essence MOT has two STB agreements, and MOT and Macrovision should have decided to terminate one some time ago.

I s    st we set a time this week, or next, to get on the phone and consider reconciling this dual agreement problem and either terminate the old GI agreement and use the more recent MOT STB Agreement ('98) or, since even that agreement and hnology is old and outdated, put together a more applicable agreement.

Can we set a time Friday or next week to have this call?

7/27/2007

Bob

---

**From:** Silverio John-MGIA3701 [mailto:jsilverio@motorola.com]
Wednesday, October 04, 2006 6:34 AM
**T:** ob Gilham
**Subject:** Royalties

Bob,

I anticipate being able to provide more information on the royalties from the MTS boxes next week (provided I continue to hound the finance people).

Could you identify Macrovision's position going forward with regard to the licenses held by Motorola? The licenses (executed on June 4, 1991 and Sept. 9, 1998) are under U.S. Patents 4,557,216; 4,631,609; 4,819,098. The 1998 license adds US Patent 4,907,093.

I believe the '216, '609 and '098 patents have expired. The '093 patent expires March 6, 2007. It doesn't appear that the licensed claims from the '093 patent are relevant to Motorola's business.

-John


John V. Silverio
Senior IP Counsel
Connected Home Solutions
Motorola, Inc.
101 Tournament Drive
Horsham PA 19044
323-2239

7/27/2007