**EXHIBIT 5**

# EXHIBIT 5

**French, Diane**

---

**From:** Silverio John-MGIA3701

**Sent:** Tuesday, March 13, 2007 5:18 PM

**To:** Arcalgud Anil-A14151; Tavormina Rocco-MGI1139; Kelley Keith-MGI1322; Robinson Larry-MGI2784; Folk Rob-MGIA0120

**Cc:** Mesarick Steven-QFTM76; Gettinger Matthew-MGI8085; North, Brian

**Subject:** FW: Meeting follow up

Below is the first shot from Macrovison. I am working with outside counsel to asses our options.

Impact to IPVS is that the .60/box royalty would continue.

Impact to DVS is more severe. Not only are they seeking $0.60/box going forward (which we weren't paying under the original '91 agreement), they want back royalties on the boxes sold from 4/14/06, when the last patent expired under the '91 agreement.

The '91 agreement has language stating that improvements to the technology will be provided without charge. I think that language will be at least part of the basis of our fight against these back royalties (and maybe royalties going forward). We'll also need to look for similar language in the '98 agreement under which IPVS is operating and tear down the patents. Please identify anyone in your organizations that has some understanding of Macrovision that could help with the patent analysis.

Larry/Rob - any estimate of the number of boxes we've sold since April 06?

Please let me know if you have questions.

-John

---

**From:** Bob Gilham [mailto:bgilham@macrovision.com]
**Sent:** Tuesday, March 13, 2007 4:58 PM
**To:** Silverio John-MGIA3701
**Cc:** Ken Jacobus
**Subject:** Meeting follow up

John,

Thank you for taking the time to meet with me and for all your support regarding the audit.

As we discussed, the '98 agreement is getting ready to expire on May 12th, 2007. Macrovision has various additional patents specific to STBs for which MOT would need a license. These are:

5,583,936
5,315,448
6,381,747
6,501,842
6,516,132
6,836,549
7,050,698

Per our conversation, I'll be sending our standard STB license agreement for you to review; please expect it next week. A part of that agreement, out expectations are they all STBs that were once controlled under the '91 Agreement and have been shipped under no license agreement since its expiration, would fall under this new ('07) license agreement. The terms of the license agreement are a $100,000 initial license fee and $.60 per unit. If MOT is willing and able to execute the '07 STB agreement within 30 days of our completed analysis of the audit data, Macrovision will reduce its royalty for back fees to $.50 per unit. If the agreement is completed within 30-60 days, we would seek $.55 per unit.

7/27/2007

Past that time, the standard $.60 per unit rate would apply.

It will likely be a week or two before the audit data has been reviewed by MVSN, however, I hope in the meantime you will be able to review the pending STB license agreement.

It was a pleasure to meet you face to face and if you are ever in the bay area, please make a point to let me know so that I may treat you to that dinner.

Bob


Robert Gilham
Macrovision Corporation
Account Manager - North America
Hardware Licensing Group
O: 408-562-8587
M: 408-931-1509
www.macrovision.com

7/27/2007