Case 3:07-cv-04617-SI    Document 1-7    Filed 09/06/2007    Page 1 of 3

EXHIBIT 6

# EXHIBIT 6

## French, Diane

**From:** Bob Gilham [bgilham@macrovision.com]
**.t:** Wednesday, May 30, 2007 7:49 PM
**To:** Silverio John-MGIA3701
**Subject:** Notice from Contract Team

John,

Just a heads up, my contracts team is going to be sending you a breach notice for MOT non-reporting this week. A flag went off in our system when MOT didn't report its quarterly shipments under the '98 agreement. They dug around and found that due to the expiration of the GI agreement, reports would have been due the past few quarters under the Mot '98 agreement. We can use the audit data, with your permission and confirmation, as MOT's "report", but the audit data only goes through the end of the year. We'd still need a report for Q1 shipments.

Anyway, with the audit, the pending meeting and hopefully a quick resolution, I suspect this will all be a moot issue in a few weeks, but procedurally we have to send the notice out.

Bob

Robert Gilham
Macrovision Corporation
...nt Manager - North America
Hardware Licensing Group
O: 408-562-8587
M: 408-931-1509
www.macrovision.com

7/27/2007