```
 1  Rebecca Edelson (No. 150464)
    STEPTOE & JOHNSON, LLP
 2  2121 Avenue of the Stars, Suite 2800
 3  Los Angeles, CA 90067
    Phone: (310) 734-3200
 4  Fax:   (310) 734-3300
    Email: redelson@steptoe.com
 5
 6  Steven K. Davidson (*pro hac vice* appl. to be submitted)
    Scott Doyle (*pro hac vice* appl. to be submitted)
 7  STEPTOE & JOHNSON, LLP
    1330 Connecticut Ave., NW
 8  Washington, DC 20036-1795
 9  Phone: (202) 429-3000
    Fax:   (202) 429-3902
10  Email: sdavidso@steptoe.com
           sdoyle@steptoe.com
11
12  ATTORNEYS FOR PLAINTIFF
    GENERAL INSTRUMENT CORPORATION
13
```

E-filing

ORIGINAL FILED
07 SEP -6 PM 3:27
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENERAL INSTRUMENT CORPORATION (d/b/a Home & Mobility Networks), a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MACROVISION CORPORATION, a Delaware corporation,<br><br>　　　　　Defendant | Case No. C 07 4617 WHA<br><br>**PLAINTIFF'S LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

---

1

PLAINTIFF'S LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Local Civil Rule 3-16, Plaintiff General Instrument Corporation (d/b/a Home and Mobility Networks) ("GI"), through its counsel, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Motorola, Inc.
1303 E. Algonquin Rd.
Schaumburg, IL 60196

Motorola is Plaintiff GI's parent corporation, and owns 100% of GI's stock. Motorola has a financial interest in the subject matter of the proceeding because the Defendant Macrovision Corporation has alleged that Motorola has infringed the patents at issue in this litigation by virtue of GI's conduct. In addition, Macrovision has sued Motorola in a related case pending in this Court, claiming that Motorola is obligated to pay royalties based on the sales of GI products.

Dated: September 6, 2007

Respectfully Submitted,

STEPTOE & JOHNSON, LLP
Rebecca Edelson (No. 150464)
Steven Davidson*
Scott Doyle*

By: *Rebecca Edelson*
Rebecca Edelson (No. 150464)
Attorney for Plaintiff
GENERAL INSTRUMENT
CORPORATION

* Counsel seeking admission *pro hac vice*.

---

2
PLAINTIFF'S LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS