Rebecca Edelson (No. 150464)
STEPTOE & JOHNSON, LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
Phone: (310) 734-3200
Fax:   (310) 734-3300
Email: redelson@steptoe.com

Steven K. Davidson (*pro hac vice* appl. to be submitted)
Scott Doyle (*pro hac vice* appl. to be submitted)
STEPTOE & JOHNSON, LLP
1330 Connecticut Ave., NW
Washington, DC 20036-1795
Phone: (202) 429-3000
Fax:   (202) 429-3902
Email: sdavidso@steptoe.com
       sdoyle@steptoe.com

ATTORNEYS FOR PLAINTIFF
GENERAL INSTRUMENT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENERAL INSTRUMENT CORPORATION (d/b/a Home & Mobility Networks), a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MACROVISION CORPORATION, a Delaware Corporation,<br><br>Defendant | Case No. _____<br><br>**NOTICE OF PENDENCY OF RELATED ACTION** |

---

NOTICE OF PENDENCY OF RELATED ACTION

Pursuant to Local Civil Rule 3-13, Plaintiff General Instrument Corporation (d/b/a Home & Mobility Networks) ("GI") hereby provides Notice of a Pending Related Action, and states as follows:

1.  This action is related to <u>Macrovision Corp. v. Motorola, Inc.</u>, No. 07-04209 (SI), which is currently pending in the San Francisco Division of this Court. In that case, Macrovision claims that Motorola, Inc. (GI's parent company) is infringing seven patents purportedly related to anti-copying technology offered by Macrovision, and that Motorola has breached a license agreement between Motorola and Macrovision. In response, Motorola has filed declaratory judgment counterclaims against Macrovision, asserting that the patents at issue are invalid and/or unenforceable for various reasons, including patent misuse.

2.  The <u>Motorola</u> case involves a material part of the same subject matter as this action, because both the <u>Motorola</u> case and this case involve the same patents. In this action GI seeks declaratory judgments that these patents are invalid and/or unenforceable for various reasons, including patent misuse. In this regard, GI and Motorola's declaratory judgment claims against Macrovision are identical.

3.  In addition, the actions are related because Macrovision's claims against Motorola relate to products sold by GI. More specifically, Macrovision claims that Motorola has breached

/ / /

/ / /

its license agreement with Macrovision by failing to pay royalties for products that are sold by GI.

Dated: September 6, 2007

Respectfully Submitted,
STEPTOE & JOHNSON, LLP
Rebecca Edelson (No. 150464)
Steven Davidson*
Scott Doyle*

By: _____
Rebecca Edelson (No. 150464)
Attorney for Plaintiff
GENERAL INSTRUMENT
CORPORATION

* Counsel seeking admission *pro hac vice*.