Rebecca Edelson (No. 150464)
STEPTOE & JOHNSON, LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
Phone: (310) 734-3200
Fax:    (310) 734-3300
Email: redelson@steptoe.com

Steven K. Davidson (*pro hac vice* appl. to be submitted)
Scott Doyle (*pro hac vice* appl. to be submitted)
STEPTOE & JOHNSON, LLP
1330 Connecticut Ave., NW
Washington, DC 20036-1795
Phone: (202) 429-3000
Fax:    (202) 429-3902
Email: sdavidso@steptoe.com
       sdoyle@steptoe.com

ATTORNEYS FOR PLAINTIFF
GENERAL INSTRUMENT CORPORATION

E-filing

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

C 07 4617 WHA

| | |
|---|---|
| GENERAL INSTRUMENT CORPORATION (d/b/a Home & Mobility Networks), a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MACROVISION CORPORATION, a Delaware Corporation,<br><br>Defendant | Case No. _____<br><br>**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff General Instrument Corporation (d/b/a Home and Mobility Networks) ("GI"), through its counsel, files this Corporate Disclosure statement.

GI is a wholly owned subsidiary of Motorola, Inc., a publicly held company. No publicly held company other than Motorola, Inc. holds more than 10% of GI's stock.

Dated: September 6, 2007

Respectfully Submitted,

STEPTOE & JOHNSON, LLP
Rebecca Edelson (No. 150464)
Steven Davidson*
Scott Doyle*

By: /s/ Rebecca Edelson

Rebecca Edelson (No. 150464)
Attorney for Plaintiff
GENERAL INSTRUMENT CORPORATION

* Counsel seeking admission *pro hac vice*.