# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

GENERAL INSTRUMENT CORPORATION
(d/b/a Home & Networks Mobility),
Plaintiff

E-filing SUMMONS IN A CIVIL CASE

CASE NUMBER:

V.

MACROVISION CORPORATION,
Defendant

C 07 4617

WHA

TO: (Name and address of defendant)

MACROVISION CORPORATION
c/o Steven Yu
2830 De La Cruz Boulevard
Santa Clara, CA 95050

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rebecca Edelson
Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
(310) 734-3200

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

DATE SEP 6 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE September 10, 2007 |
| Name of SERVER Mary Schwab | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served:
MACROVISION CORPORATION c/o Kenneth E. Keller, Attorney
114 Sansome Street, 7th Floor
San Francisco, CA 94104

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $50.00 | TOTAL $50.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   September 13, 2007
                     Date

Signature of Server   Specialized Legal
1112 Bryant Street, 200
San Francisco, CA 94103
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure