**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GENERAL INSTRUMENT CORPORATION, (d/b/a Home & Mobility Networks), a Delaware Corporation,

    Plaintiff,

v.

MACROVISION CORPORATION, a Delaware Corporation,

    Defendant.
                                       /

No. C 07-04617 WHA

**ORDER OF REFERRAL**

Upon review, this action appears to be related to *Macrovision Corp. v. Motorola, Inc.*, No. 07-04209 SI. Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge Susan Illston for the purpose of determining whether it is related to that case as defined in Civil Local Rule 3-12(a).

**IT IS SO ORDERED.**

Dated: September 19, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE