KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
THOMAS H. SLOAN, JR. (SBN 58322) tsloan@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Phone: (415) 249-8330
Fax:    (415) 249-8333
ATTORNEYS FOR
MACROVISION CORPORATION

REBECCA EDELSON (SBN150464) redelson@steptoe.com
STEPTOE & JOHNSON, LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
Phone: (310) 734-3200
Fax:    (310) 734-3300

STEVEN K. DAVIDSON (*pro hac vice* application to be submitted) sdavidso@steptoe.com
SCOTT DOYLE (*pro hac vice* application to be submitted) sdoyle@steptoe.com
STEPTOE & JOHNSON, LLP
1330 Connecticut Ave., NW
Washington, DC 20036-1795
Phone: (202) 429-3000
Fax:    (202) 429-3902

ATTORNEYS FOR MOTOROLA, INC. AND
GENERAL INSTRUMENTS CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MACROVISION CORPORATION,<br><br>      Plaintiff,<br><br>  vs.<br><br>MOTOROLA, INC<br><br>      Defendant | No. C 07-04209 (SI)<br><br>**STIPULATION OF DISMISSAL OF CONSOLIDATED CASES WITHOUT PREJUDICE** |

1

<div style="border:1px solid">

1  GENERAL INSTRUMENT CORPORATION,     No. C 07-04617 (SI)
2  (d/b/a Home & Mobility Networks),

3          Plaintiff,

4       vs.

5  MACROVISION CORPORATION,

6          Defendant

</div>

7

8          IT IS HEREBY STIPULATED by and between Macrovision Corporation

9  ("Macrovision"), Motorola, Inc. ("Motorola"), and General Instruments, Inc. ("GI"), the parties

10 to the above captioned consolidated actions in the United States District Court for the Northern

11 District of California (*i.e.*, *General Instrument Corp. v. Macrovision Corp.*, No. 07-04617 (SI)

12 and *Macrovision Corporation v. Motorola, Inc.*, No. C 07-04209 (SI)) through their designated

13 counsel of record that those consolidated actions are hereby dismissed without prejudice

14 pursuant to FRCP 41(a)(1), each party to bear its own costs and attorneys' fees incurred in

15 connection with those consolidated actions.

16

17 Dated: October 10, 2007          KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

18

19                                 By: _____

20                                 Michael D. Lisi
                                   Attorneys for
21                                 MACROVISION CORPORATION

22 Dated: October 10, 2007          STEPTOE & JOHNSON, LLP

23

24                                 By: _____

25                                 Rebecca Edelson
                                   Attorneys for
26                                 MOTOROLA, INC. and GENERAL
27                                 INSTRUMENT CORPORATION

28

IT IS SO ORDERED

Judge Susan Illston

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

                                   2

STIPULATION OF DISMISSAL OF CONSOLIDATED CASES WITHOUT PREJUDICE
CASE NOS. C 07-04209 (SI) AND C 07-04617 (SI)

DOC. # CC-167956 V.1